# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Bryan K. Nelson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 13-0865-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On September 16, 2014, the Court heard oral argument on the *Plaintiff's Initial Brief,* filed January 7, 2014, [Doc. 7] and the *Brief For Defendant*, filed March 24, 2014 [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                           */s/ John T. Maughmer*  
                                           **JOHN T. MAUGHMER**  
                                           **U. S. MAGISTRATE JUDGE**